UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                                    Case No. 8:22-cv-02635-KKM-AEP

KEN CREEL STUCCO & STONE, INC.,

    Defendant.
_____

## ORDER

On June 28, 2023, the United States Magistrate Judge entered a Report and Recommendation, recommending that Plaintiff United Specialty Insurance Company's Motion for Default Judgment (Doc. 14) be granted. The Clerk mailed a copy of the Report and Recommendation to Defendant Ken Creel Stucco & Stone, Inc. on July 19, 2023, which was returned as undeliverable. *See* Order Directing Mailing (Doc. 16); Mail Returned to Sender (Doc. 17).

The seventeen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(d). Considering the record, the Court adopts the

Report and Recommendation for the reasons stated therein and grants United Specialty's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. In the light of Ken Creel's default, it is undisputed that the property at issue is a "single-family tract home[] built . . . as a tract development." Compl. (Doc. 1) at ¶ 16. The insurance policy's Condominium, Townhouse, Tract or Track Exclusion bars coverage for property damage arising out of "construction of, or work performed on" the "original construction of a . . . tract or track home." Policy (Doc. 1-7) at 68. Because the policy's plain language unambiguously limits coverage, United Specialty has no duty to defend and as a result, no duty to indemnify with

2

respect to the property damage at issue in the underlying lawsuit. *See* R&R (Doc. 15) at 10–11.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.

2. United Specialty Insurance Company's Motion for Default Judgement (Doc. 14) is **GRANTED**.

3. A default declaratory judgment be entered in favor of Plaintiff United Specialty Insurance Company and against Defendant Ken Creel Stucco and Stone Inc., and indicate the following:

    a. The surplus lines commercial liability policy bearing number DCI00151-00, for the period of July 12, 2016, to July 12, 2017 does not provide liability coverage to Ken Creel as a result of the property damage alleged in the underlying lawsuit due to the Condominium, Townhouse, Tract or Track Exclusion;

    b. United Specialty maintains no duty to defend Ken Creel under the surplus lines commercial liability policy bearing number DCI00151-00 for any damages claimed by Ingrid Vazquez and Jose Caraballo as

a result of the property damage alleged in the underlying lawsuit due to the Condominium, Townhouse, Tract or Track Exclusion;

c. United Specialty maintains no duty to indemnify Ken Creel under the surplus lines commercial liability policy bearing number DCI00151-00 for any damages claimed by Ingrid Vazquez and Jose Caraballo as a result of the property damage alleged in the underlying lawsuit due to the Condominium, Townhouse, Tract or Track Exclusion.

4. The Clerk is directed to close this case and terminate any remaining deadlines.

**ORDERED** in Tampa, Florida, on August 29, 2023.

_____
Kathryn Kimball Mizelle
United States District Judge